UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-**FILED**-
IN OPEN COURT

MAY 1 3 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (One Count) |
| | ) | |
| v. | ) | Case No.: 3:26-CR-46 CCB SJF |
| | ) | |
| | ) | |
| ADAM D. BLASKO | ) | 18 U.S.C. § 922(o) |

**THE GRAND JURY CHARGES:**

On or about April 1, 2026, in the Northern District of Indiana,

**ADAM D. BLASKO,**

defendant herein, knowingly possessed a machinegun, knowing it had the characteristics that rendered it a machinegun.

All in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATIONS

1.     The allegations contained in the sole count of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of the offense in violation of Title 18, United States Code, Section 922(o) alleged in the sole count of this Indictment, defendant **ADAM D. BLASKO**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offense.

Date: May 13, 2026                                A TRUE BILL:


                                                  */s/ Grand Jury Foreperson*
                                                  Grand Jury Foreperson


APPROVED BY:

        ADAM L. MILDRED
        UNITED STATES ATTORNEY


By:     */s/ Joseph M. Barrier*
        Joseph M. Barrier
        Assistant United States Attorney


2