UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

**-FILED-**
IN OPEN COURT

MAY 1 3 2026

At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 3:26-CR- *CCB* 46 |
| ) | *SJF* |
| ADAM D. BLASKO ) | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). The United States gives notice that, in addition to property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property:

- 6 switches

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

BY:    /s/ Joseph M. Barrier
Joseph M. Barrier
Assistant United States Attorney
204 S. Main Street
South Bend, Indiana 46601
Tel: (574) 236-8287
E-mail: joseph.barrier@usdoj.gov

1